No. 83–1526. KARCHER, SPEAKER, NEW JERSEY ASSEMBLY, ET AL. *v.* DAGGETT ET AL. Appeal from D. C. N. J. Motion of

appellants to expedite consideration of the statement as to jurisdiction denied.